In The United States District Court

For the Southern District of Ohio

Mr. John Hill )

) Civil Action

(Trial Date Requested per FRCP)

Vs. ) (Appointment for Council)

The Ohio State University )  **Filed Under Seal**

Trademark & Licensing   / T.B.D.B.I.T.L Alumni Group

## MOTION FOR A "NEW" IMPARTIAL JUDGE

To Mr. Eduardo Rivera; Case Administrator. "The Cases that are related and the subject case should be transferred to the docket of Judge Watson" is a futile attempt to see to it that this case does not get the attention it deserves.

First off, the Judge Mr. Michael Watson should have recused himself the first time, he heard the case. (Case No. 2:12-cv-0532 of which Judge Watson and Magistrate Vascura are listed.)

He has a bias as he graduated from the Ohio State University in the 1980's. He also was in the Ohio National Guard in the Air force also in the 1980's. I was also in the Ohio Army National Guard in the 1980's, and also went to OSU in the 1980's.

He cannot put his biases aside to hear this case. Also there are others involved who are attorneys that have also had a play in the infringing of my copyrights. One of those attorneys just happens to be a Mr. Eric Alden which happens to be a case that was not heard, case no. 2:19 – cv – 01242 1.

In fact pg. 2 of 3 on the Memo Re: related civil cases is not even a real page. None of these cases have been heard or tried . They both have Watson and Vascura listed as the Judge and Magistrate Judge.

Also on the First Page – **Related Case Memorandum – Civil Cases**

**Case No. 2:12-cv-0984 1** – filed **10/23/2012** Should have said District Judge: Gregory Frost and Magistrate: Kemp, not District Judge: Watson or Magistrate Judge: Vascura. They are being listed for Stand ins. They did not hear or even view the case.

The only case that Judge Watson heard was, **Case No. 2:17-cv-0532 1.**

That is the only case that Judge Watson was on. And for that matter Vascura as well. He should have recused himself then.

Then on page 2. It is listed as Judge Watson and Magistrate Judge Deavers. See the Page "RECEIVED – APR – 3 2019 Richard Nagel, Clerk of Court Columbus, Ohio ".

I move this court for an impartial, non OSU related/ or Military related Magistrate Judge or Judge to hear this case.

Signed under penalty of perjury this Eleventh day of December 2024.

_[signature] – Pro-Se_

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF OHIO
85 MARCONI BOULEVARD, ROOM 121
COLUMBUS, OHIO 43215

OFFICIAL BUSINESS

COLUMBUS OH 430
3 DEC 2024 PM 1 L




US POSTA
ZIP 43215
02 4W
000034326

RECV. DEC. 10

John Hill
PO Box 26292
Columbus, OH 43226

43226-029292

United States District Court
Southern District of Ohio

## Related Case Memorandum
## Civil Cases

TO: Judge Sargus, Judge Watson, and Magistrate Judge Vascura

FROM: Eduardo Rivera, Case Administrator

DATE: November 27, 2024

SUBJECT: Case Caption: John Hill v. The Ohio State University et al

CASE: Case Number: Doc. 2:24-cv-4195 1

DISTRICT JUDGE: Judge Sargus / Magistrate Judge Vascura

File Date: 11/25/2024

This memorandum is to notify you that the civil cover sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**

Case Caption: **John Hill v. The Ohio State University T&L et al**

| Case Number: | **Doc. 2:12-cv-0984 1** | District Judge: | **Watson** |
| File Date: | **10/23/2012** | Magistrate Judge: | **Vascura** |

**Related Case(s):**

Case Caption: **John Hill v. Waters et al**

| Case Number: | **Doc. 2:17-cv-0532 1** | District Judge: | **Watson** |
| File Date: | **6/21/2017** | Magistrate Judge: | **Vascura** |

Memo Re: Related Civil Cases
Page 2

**Related Case(s):** _____

Case Caption: **John Hill v. The Ohio State University Marching Band**

Case Number: **Doc. 2:17-mc-0003 1**   District Judge: **Watson**

File Date: **1/20/2017**   Magistrate Judge: **Vascura**


**Related Case(s):** _____

Case Caption: **John Hill v. Alden et al**

Case Number: **Doc. 2:19-cv-01242 1**   District Judge: **Watson**

File Date: **4/3/2019**   Magistrate Judge: **Vascura**

MAGISTRATE JUDGE - DEAVERS


**Related Case(s):** _____

Case Caption: _____

Case Number: _____   District Judge: _____

File Date: _____   Magistrate Judge: _____


*Revised 7/19/2012*

Memo Re: Related Civil Cases
Page 2

The District Judges having conferred, we respond to Case Administrator  __Eduardo Rivera__
as follows:

**Judges' Response:**

☐  We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☑  We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge __Watson__

☐  We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐  We are unable to agree and will accept any decision made by the Chief Judge.

☐  I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☐  I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

☐  Other Direction of Judge: _____

_/s/ Michael H. Watson_
United States District Judge

s/Edmund A. Sargus, Jr. 12/2/2024
United States District Judge

_____
United States District Judge

Cc: Courtroom Deputies

*Revised 7/19/2012*