# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

John Hill,

      Plaintiff,               Case No. 2:24-cv-4195

v.                           Judge Michael H. Watson

The Ohio State University, *et al.*,     Magistrate Judge Vascura

      Defendants.

## ORDER

Magistrate Judge Vascura performed an initial screen of this *pro se* case, brought *in forma pauperis*, under 28 U.S.C. § 1915(e), and, on December 9, 2024, she issued a Report and Recommendation ("R&R") recommending that the Court dismiss Plaintiff's Complaint. R&R, ECF No. 6. The R&R notified Plaintiff of his right to object to the recommendations therein and that failure to timely object would amount to a waiver of both the right to *de novo* review by the Undersigned as well as the right to appeal the Court's adoption of the R&R. *Id.* at PAGEID # 39–40.

The deadline for filing such objections has passed, and no objections were filed. Having received no objections, the R&R is **ADOPTED**. Plaintiff's Motion for A "New" Impartial Judge, ECF No. 8, is **DENIED**. The Clerk is **DIRECTED** to close the case.

**IT IS SO ORDERED.**

MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT