**AO 450 (Rev. 5/85) Judgment in a Civil Case

## UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

John Hill,

      vs.                                      Case No. 2:24-cv-4195

The Ohio State University, *et al.*,        **Judge Michael H. Watson**

[ ] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the December 31, 2024 Order, the Court ADOPTS the Report and Recommendation.

Date:  **December 31, 2024**        **Richard Nagel, Clerk**

                                                  s/ Jennifer Kacsor

                                            By Jennifer Kacsor/Courtroom Deputy